KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

**To**: CLERK, UNITED STATES BANKRUPTCY COURT

**Re**: UNDISTRIBUTED FUNDS - 3011

**Case No.**: **LA16-26686-SK**

**Debtor(s)**: Cherry L Ephrim
815 West 123rd Street
Los Angeles, CA 90044

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds. Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT |
|---|---|
| AARGON AGENCY AS AGENT FOR WESTERN DENTAL SERVICES<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS, NV 89117 | $1,380.46 |

DATED: June 21, 2019

*/s/ Kathy A. Dockery*

Kathy A. Dockery
Chapter 13 Trustee